

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-23-00013-CR

Jeffrey Wayne **NEWMAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 13, Bexar County, Texas
Trial Court No. 658978
Honorable Rosie S. Gonzalez, Judge Presiding

Opinion by:    Patricia O. Alvarez, Justice

Sitting:    Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

Delivered and Filed: April 10, 2024

AFFIRMED; MOTION TO WITHDRAW GRANTED

In 2021, Appellant Jeffrey Wayne Newman was charged with assault causing bodily injury—married. A jury found him guilty. The trial court assessed punishment at one year in jail, ordered $365 in court costs, but granted Newman's application for probation. Newman appealed his conviction. Court-appointed counsel filed an *Anders* brief, and the State filed a brief waiver. Newman did not file a pro se brief. Having reviewed the record and counsel's *Anders* brief, we affirm the trial court's judgment.

**COURT-APPOINTED COUNSEL'S *ANDERS* BRIEF**

Newman's court-appointed appellate counsel filed a brief containing a professional evaluation of the record in accordance with *Anders v. California*, 386 U.S. 738 (1967); counsel also filed a motion to withdraw. The brief recited the relevant facts with citations to the record. It presented a thorough review of the appellate record and a careful analysis of potential appellate issues. Counsel concluded "that this appeal is without any reasonably arguable merit." *See Nichols v. State*, 954 S.W.2d 83, 85 (Tex. App.—San Antonio 1997, no pet.).

Appellate counsel's brief meets the *Anders* requirements. *See Anders*, 386 U.S. at 744; *see also High v. State*, 573 S.W.2d 807, 813 (Tex. Crim. App. [Panel Op.] 1978); *Gainous v. State*, 436 S.W.2d 137, 138 (Tex. Crim. App. 1969). Counsel provided Newman with a copy of the brief and counsel's motion to withdraw, and he informed Newman of his right to review the record and file a pro se brief. *See Nichols*, 954 S.W.2d at 85–86; *see also Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.). Counsel also provided Newman with a draft pro se motion to request a free copy of the appellate record. *See Kelly v. State*, 436 S.W.3d 313, 319–20 (Tex. Crim. App. 2014).

**CONCLUSION**

Having reviewed the record and the *Anders* brief, we conclude that there are no arguable grounds for appeal and the appeal is wholly frivolous and without merit. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005). We affirm the trial court's judgment, and we grant appellate counsel's motion to withdraw. *See Nichols*, 954 S.W.2d at 85–86; *Bruns*, 924 S.W.2d at 177 n.1.

**FURTHER REVIEW**

No substitute counsel will be appointed. Through a retained attorney or by representing himself, Newman may ask the Court of Criminal Appeals to review his case by filing a petition

for discretionary review. The petition must be filed with the clerk of the Court of Criminal Appeals within thirty days from the date of either (1) this opinion or (2) the last timely motion for rehearing or motion for en banc reconsideration is overruled by this court. *See* TEX. R. APP. P. 68.2, 68.3(a). The petition must also comply with Rule 68.4. *See* TEX. R. APP. P. 68.4.

Patricia O. Alvarez, Justice

Do not publish